☒ FILED ____ LODGED
____ RECEIVED ____ COPY

DEC 0 4 2009

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ ☒ DEPUTY

1  Aaron Lhoir
2  P.O. Box 80922
3  Phoenix, AZ.  85060-0922
4
5       UNITED STATES DISTRICT COURT
6       9TH JUDICIAL DISTRICT /
7
8  Metro Valley North Transit Authority Dept.
9  Aaron Lhoir, Warren-Grover Mine's    **CV'09 02534 PHX GMS**
10      vs.
11  Food City, Costco LLC, Arizona Title Inc.,    COMPLAINT OF:
12  Def Jam Records., U.S. Steel International Inc.,   ANTI-TRUST; BLACKLIST;
13  Fire Engine #9, Denny's Holdings Inc,   FRAUD, OPPRESSION; TORTS
14  Dairy Queen ®, Tempe Crane LLC,   OF NEGLEGENCE; POORER
   Nippondenso..., Swift Trucking Co.   LIGHT
15  Werner Trucking Co., Mission Foods,
16  Frito Lay Inc. KDKB, KEEZ, ALR
17  Construction, Levy Restaurants, KNIX,
18  Walmart Stores, Sony Inc., U.C.F.W. 99
19  Santa Fe Transport Int. Ltd., N.B.C-
20  Teamsters Local Union 104., Coinless Laundry - Brambles W.S.A. Inc.
21  Safeway, Laura A. Garcia, Richard D. Morales,
22  Helen Purcell, The East Asiatic Pacific Co.,
   U.C.L.A. Alumni Association, KOOL Radio, MCI Group,
23  Cemex LLC, A.J.'s Markets, Church's Fried
24  Chicken, Houstan Trucking, Bridgeford Foods, Coleman®,
25  United Road, United Auto Workers, Roads West Trucking,
26  American Title Trust Ins Co. Desert Coach,
   Valley Metro, MR & MRS. John Doe, IHOP Restaurant, Pino's
27  Pizza, Zack's Pizza, Parkwood Professional Plaza, Bacardi USA Inc.,
   Carl's JR., British Petrolium, AM-PM Mini Markets,
28  Chevron; H.U.D., Smiley Crane, Loir Bldg, Pacificorp Holdings Inc.,
29  5007 N. 2nd ST., Bacardi Corp., Otto Trucking,

1.

1  Volkswagen A.G. , The East Asia Co. LTD.,
2  Lube Time, Mundos Tire Co., Hacienda House Restaurante,
3  David Evans and Associates, St Joseph's Hospital,
4  Frys Food Stores, Hilton Hotel, Tempe Crane, Sony Inc.
4.1
5  National Dry Wall Co., QT Stores, Deloitte, Nippon Inc.
6  Heritage Trucking, KYDT-Circle K Stores, 357-
   Chemical Battalion, Dickenson Quality Demolition, Ralston Puriena Argentena
7  Yellow Taxi LLC, Culever McCann construction Inc.Pepsi Co. Hormel Meat Co, D.A.K
8  Kentucky Fried Chicken, Macyo's Restaurant, Kroger Co.ST Lukes,
8.1
9  Bold Carpentry, Diggin Dog Inc. Chase Field, Domonoe's ®,
   AAA Cab, Kitchell - W. Developments, U.N.I.C.O.R., Allied Waste Systems,
10 Sienna Village Apts., Capstone Co. - City of Phoenix,-
11 H.U.D. Trucking, John Doe (sic) U.S. Postal Service, Tousa Inc.
12 United Parcel Service, BLT Trucking, William A. Hasler,
12.1
13 Arizona D.O.T. , Edward O. Burke, Jim-
   Aherns, Banquet Foods, Bacardi, Celestial Seasonings Inc.
14 General Motors Corporation, · Arizona Corporation
15 Commission, Sony BMG Music Entertainment LP., James Carr, J. Love,
16 Sony BMG Music Entertainment LLC, Sony Broadband Ent. Inc.
16.1
17 Sony Chemicals Corp of America, Exide Battery CO. Lowes Companies Inc.,
   Sony computer Entertainment America Inc., Sony Corp.,
18 Sony Creative Software Inc. Sony DADC U.S. Inc. Fennemore & Craig LLC.
19 Sony Electronics Inc., Sony Ericsson Mobile Communications
   Inc., Sony Magnetics Products Inc. of America, Ralston Puriena Pet Food Co.,
20 Sony Online Entertainment LLC., Sony Pictures Ent Inc.
21 Sony Pictures Studios Inc., Sony Pictures Tellvision Inc.
22 Sony Supply Chain Solutions , United Parcel Service,-
   Deustland Inc., United Parcel Services of America Inc.
23 United Parcel Service LLC., Celestial Pictures Ltd.
24 The Hain Celestial Group, Inc. Astro All Aisa Int.
25 Exxon Mobil Canada Energy - Exxon Mobil Corp.
   BNSF Logistics LLC. Burger King Corp., U-Haul Truck Rental Toledo OH,
26 American Materials, Hertz-Rent-A-Car, Penske Truck Rentals,

complaint

2.

1  Union Carbide, Exide Technologies, Richland Chemical, Chevron,
2  Goldburg & Osborn, Benito's - Union Oil, Verizon Wireless, Uniroyal Tire Co,
3  Shewinn Bicycles, Bacardi Thati, Pacific Steel Inc., Weyerhaeuser co., Lowes,
4  Alphagraphics - Kinkos - Fed EX, Tova Industries Inc, Hilton Hotels, Dunlap
5  Transfer, Loomis U.K., Grumman, EMI Records - Apple Corp. Ltd. Hayes -
6  Middlesex England, Warner Bros. Records, Home Depot, Weyerhaeuser -
7  International Inc., Weyerhaeuser Japan Ltd., WH on Your Lot LLC.
8  General Electric Capital Corp. Rural Metro Fire Dept., Southwest
9  Ambulance, Santa Fe Transport Int., Thyessn Krup Elevator, Manuel
10  Cora, Loomis Armored U.S. Inc., Loomis Co., Loomis Communities Inc.
11  Loomis Corp., Loomis Group Inc. - CBS Outdoor Inc., CBS Broadcasting Inc.,
12  CBS Personnel Holdings Inc., CBS Personnel Services LLC., CBS Radio,.
13  CBS Radio Sales Inc., CBS Studios Inc., Jack Daniel Distillery Lem Mottow Proprietor
14  Inc., Brown - Furman corp., Bacardi Bottling Corp., Bacardi Caribbean Corp.,
15  Bacardi USA Inc. Promotional Services., Workman Publishing Co Inc.
16  Time/Warner Retail Sales & Marketing Inc., Time Warner Inc., Time Warner
17  Telecom of Colorado LLC., Manischewitz Co., RAB Enterprises, Denoco Inc.
18  U.S. Energy Systems Inc., Nissan Motor Acceptance Corp., Nissan North America
19  Inc., Nippon Oil (USA) Limited, Nippon Oil Exploration USA LTD., Nippon Oil
20  Lubricants (America) LLC., Nippon Paint (USA) Inc., Nippon Paper Industries
21  USA. CO LTD. DDD Music, Swan Records, Goodyear Dunlop Tires North
22  America LTD., Safeway Denver Inc., Domino Foods Inc., Dominos Inc.
23  Brambles Information Management Inc., Brambles Industries PLC, England.
24  Geffen Records, A&M Records, Interscope Records, Universal Music,
25  Killing Switch Records, All Blacks Road Runner Records, Pindrop Management
26  LLC. K-Tell International, Jim Brickman, Somerset Entertainment LTD.
27  Compass Productions, Classic-Fox Records LTD., French Bistro - Spiral Sun-
28  wave Records International LTD., Artisa Music Recording Studios LTD.
29  Domino Records Co., UMG Music Co., Pink Floyd Music LTD.

3.

1  B.N.S.F Railway Co., Europ Volume Transport Int., Los Angelas Railway Co.
2  Santa Fe Relocation Services, East Japan Railway Co., Brambles LTD.
3  Eurotainer Aisa, American Title Insurance Co., Denco Co., BRKLN
4  NYC Pizza - 253 - Pizza, United States Department of Defence,
5  Brambles Italia, Brambles Industrial Services,
6  Brambles Europe SA, Brambles Corp., -Shamrock Towing,
7  Kikoman Trading Asia PTE Ltd. corporation, Lozier Oil Co. Inc.,
8  Clarklift of Los Angelas Inc. United Rentals, Capital Records
9  Pep boys Manny, Moe & Jack of California, William Jones
10 Pepsi Co Inc. Round Table Pizza Inc., Hanjin LLC, D.O.D.
11 BMI Inc., BMG Music Publishing NA Inc., BMG Music,
12 BMW OF Nashville, Bacardi Bottling Corp., Bacardi Corp.·KDKB,
13 Bacardi USA Inc., Bacardi USA Inc Promotional Services
14 Kiewit Construction Co., Kiewit Corp., Kiewit Texas
15 Construction L.P., Mitsubisi Motor Sales Danmark A/S
16 Mitsubisi Motors North America Inc., Mitsubisi Motors
17 Credit of America Inc. Kikkoman Marketing and Planning
   KMS service Inc. Manns Wine Pub Co. Ltd., Nippon Del Monte
18 Corporation, Kikkoman Restaurants Inc., Kikkoman Internatio
19 Inc., Japan Food Inc., JFC International Inc. Kikkoman
20 Foods Inc. Del Monte Asia Pte Ltd. Japan Food Canada Inc
21 Roads West Trucking, - CTI Trucking, JFC International
   GmbH., Royal Dutch Shell PLC., KAG Petroleum
22 Del Webb Corp., Denco Enterprises Inc. Roadway International
23 Trucking. Pacific Northwest Title of OR. INC. Labor Ready southwest
24 Inc., Chamberlain Wholesale Grocery Co., Lowes Home Centers Inc.
25
26 Bramble Uk, Mammoth Copper & steel, Burger King Restaurants Co.,)
27 Freeport, Mc Moran Copper and Gold                    )ss. Aaron Lhoir
28
29 ........ In Re Debbie L. Warren; In the matter of Aaron Lhoir

1  U.N.I.C.O.R. - D.O.D. )
2       vs.              ) SS. Aaron Lhoir
3  H.U.D.               )
4

5
6  Food City )
7    vs.     )
8  U.S.D.A. )
9

10 American Met Life Insurance Group, ss. Aaron Lhoir )
11 Lincoln Colonial Life Insurance Co.;                    )
12    vs,                                                   ) ss. Aaron Lhoir
13 NIPPON Oil Exploration USA LTD., Nippon Paint (USA) Inc. )
14 Nippon Oil Lubricants (America) LLC., Penn Life Insurance Co. )
15 Colonial Insurance NY, Met Life KS;                     )
16   ss........

17 Firemans Fund, New York Life WS., American General Life Insurance Co. N.M.
18 Firemans Fund IL., Kaiser Permanente, Kaiser Steel, United States -
19 Steel, Hanjin Shipping, Chamberlin Steel, Chamberlin Freight & Trucking-
20 American Contenental Insurance, All Auto Insurance, A.S.U. Alumni
21 Association, U.C.L.A. Alumni Association, General Insurance Co.,
22 Met Life, - American General Insurance Co. ss. California Corporation
23 Commission,
24
25 ss. Aaron Lhoir

26 Met Life - American Metro Ins. Co., Pacific Finance Co. )
27 Horizon ss, Brambles - Waste Management            )
28    v.s.                                             ) ss. Aaron Lhoir
29   U.S. West                                         )

5.

1  Alpha Graphics - Kinko's - Fed EX , International Suites )  ss H.U.D.

2  Holiday Inn ss. H.U.D.; Mitel6, super8, Embassy Suites )

3      VS.                                                     )

4  H.U.D.                                                      )

5

6

7  American General Life Insurance Co. )

8      VS                             )   ss, Aaron Lhoir.

9  Lincoln Colonial Penn Life Insurance Co. )

10

6. 11  JURISDICTION: IN The Superior Court State of Arizona,

12  Maricopa County ; pendant federal jurisdiction both:

13  EX Parte:; Injunction for Prohibition - Mandamus agencies:

14  Metro Valley North Transit Authority - Graffiti Abatement Office;

6. 15  Injunction for special Actions through Writs of Prohibition;

16  Mandamus; and certiorari; through Verified Petition that is

17  challenging strict union laws of affiliation; of tying arrangements"

18  monopolies; of the union laws . Injunction to preserve torts-

19

20  causes of action; of probate, in re Debbie L. Warren preserving

21  Our Warranty Deed and it's' term ; that it should not

22  expire on Dec. 20ᵗʰ 2009 ; to preserve it's' grant's' terms,

23  notwithstanding tortfeasors intent of fraud through malice.

6. 24  To the prior paragraph partition of the Warren - Grover Mine's' partnership

25  In re Debbie L. Warren ; In re Walter Grover; and the Warranty Deed's'

26  term, and the term lease hold of Aaron Lhoir and Debbie L. Warren.

27  . . . . . . .

28

29

7.1     Further Ex Parte jurisdiction is for motion - application for either;

2    Writ of Mandamus for special Process server; that as both Maricopa

3    County Deputies, and the Arizona Corporation Commision refuse

4    to perform their duties of alternative service of process; as to county

5    deputies; and/Arizona Corporation Commision refuses to admit any

6    kind of process serving, of both out of state and foriegn countries —

7    tortfeasors. Furthermore about the courts jurisdiction is declaratory

8    in nature about the Arizona Corporation Commisions jurisdiction over

9    foriegn countrie's' company's' - corporation's' torterious conduct. Quo

10   Warranto Writ should extend to the Arizona Corporation Commision's

11   attornies should they refuse to serve process and obstruct justice.

7.12   Courts' jurisdiction is over chattels and chattels real and incorporiel

13   chattels as to torts and the tortious conduct of tortfeasors, in rem

14   and pro in rem. About trespass to chattels. ARS 4, §12-122....

7.15   Specific Ex Parte jurisdiction is for injunction to extend time

16   for the service of process because of the extremly difficult

17   nature of foriegn process serving, and the hardship nature

18   of anti trust case's' prosecution; to prevent a multiplicity of

19   proceedings. Probate takes two years.

7.20   Further jurisdiction is federal diversity jurisdiction; and federal

21   question jurisdiction; the Arizona Corporation Commission's'

22   international jurisdiction; and equity jurisdiction of all courts, this

23   is for ancillary jurisdiction, as to paragraph 1.1. fore, and

24   common law jurisdiction.

7.25   Pendant party jurisdiction should extend to both the Arizona Corp.

26   Commission and the California Corp. Commision.

8.1   As to Corporation Commission, agency jurisdiction should apply.

2     In Re Debbie L. Warren arising-in jurisdiction, to long arm

3   jurisdiction, in rem to partition.

.4     Specific jurisdiction should extend to jurisprudence of tort law,

5   for injunction, to.

8.6   PLAINTIFF

7     The Plaintiff is the Metro Valley North Transit Authority Dept.

8   Authority and Aaron Lhoir. De facto Corporation of Warren Grover Mine's.

8.9   Defendants are specificly stated on the title page; recopying

10   would cause both duress's without leave to amend. See Pages

8.11     The Breach or Events which lead to this complex case are:

12     Death of conservator; conversion and the carring away of

13   goods; auto accident liability; clouded title by color of title,

14   by oppression and fraud; breach of contract - left in a

15   poorer light; tortfeasor's conduct of negligence, conversion

16   leaving Plaintiff's in a poorer light by tortuitous conduct

17   of fraud and conversion, blacklisting, restraint of trade

18   through interlocking directories and monopolies in regards to

19   chattels real; obstruction of justice; kidnapping and torture

8.20   Credit card theft, identedy theft, unfair credit reporting by

21   sporting goods stores and supermarkets and others, kidnapping

8.22     Civil rights violations about housing and 3rd amendment rights

23   8th Amendment rights - USCA.

.24   · · · · · · ·

25   · · ·

26   · · · ·

9.1  Applicable Law supporting claims :

9.2   Common Law as it applies to torts , and too Roman Law as
3  it applies to that; pursuant to: 2009 Arizona Rules of Court
4  Rules 44.1. Determination of foreign law .......; Rule 27(a)., ,
5  Rule 26(c). Protective Orders, Rule 17(a). Real party in interest;
6  Rule 17(b). Actions by personal representitaves ; setting aside
7  judgement.... Rule 17(c). Actions by or against personal representitives...
8  .... Rule 17(d). Actions by or against county , city, or town ........
9  Rule 17(f). Actions against surety, assignor or endorser ........
10  Rule 17(g)........ Rule 17(j). Partnerships ....... Rule 18(a)........
11  Rules 19.-(a).; (b); (c) ; & (d) Rule 20(b). Separate trials .......
12  Rule 8(f) .........

9.13   United States Code 2006 Edition Chapter 21 - Civil Rights pages :
14  412 to page 484; §§ 1981. Et seq. >.

9.15  A.R.S. 4B, pages 224; to page 294; §§ 12-1801. Et seq. >. and
16  A.R.S.   4B, pages 299 to page 354 §§ 12-2001. Etseq. >.
.17  A R S   4A , Chapter 8, pages 300 to page 511; §§ 12-1102. Et seq.>.

9.18  Slander of Title ; Lanham Act.

9.19  A.R.S. 4  Chapter 5, pages 403 to page 552 , §§ 12-501. Et seq.>.;
20  Limitations of Actions.

9.21   Agricultural Entry act of 1914 ; (30 U.S.C. § 124). (The Isolated Tract Act,
22  the Townsite Act of 1864, the various railroad right of way acts,
23  the Recreation and Public Purposes Act), FLPMA. 43 U.S.C. §§ 315,,291.
24  The Stock Raising Homestead Act. The Multiple Surface Act of 1955.
,25  Title 27 ("Minerals, oil and Gas") and Title 37 ("Public Lands") of the
26  Ariz. Revisied statutes

10.1 Title 30 U.S.C. §§21., 181., 351., 1001., 521., 611., (Mineral Lands

2 and Mining).-§124., §121.

3 "FLPMA," — Title 43, (Public Lands), §1701.

10.4 A.R.S. 1A Constitution Art. XXV. RIGHT TO WORK ......,

5 .......  Lanham Act... .......

6 Article XVIII Sections 1.,2.,3.,4.,5.,6.,7.,8.,9.,10.; Article XXVI......§1.

7 Article XXVII.·§1. see §36-2231 et seq.; Article 2, §8. Right to Privacy.

8 A.R.S. §§., 44-6906., 44-6907. § 44-101. Et seq>. Chapter 3, pages —

9 69, to page 108; Chapter 10 .... pages 263, to page 337. §§ 44-1401. et seq.

10 >.

10.11 A.R.S. 8A Article 4....§§ 23-1361, 23-1362.

12 A.R.S 14, Title 44, Chapter 3.1, Article 1 §§ 44-351. Et seq.>.,

13 pages, 110, to page 114.

10.14 15 U.S.C.A. §§ 1666; -1666j.-, 1681 -1681u.

10.15 INJURIES

10.16 Statutory Neglegence, loss of property through conversion; as too ✱

17 left in a poorer light by fraud and clouded title of both chattels and

18 chattels real, undeclared pecuniary losses remedial to physical

19 injuries, mental anguish, slander of title, defamation of character

20 libel, breach of contract resulting in loss of intelectual property

21 and copyright infringement through fraud, loss of wages, through

22 blacklist and restraint of trade; death of a conservator, loss of civil

23 rights contrary to both the Arizona Constitution and the United

24 states Constitution, loss of privacy, loss of easements to both laundry

25 and cooking and water rights. Unfair credit report. Recent loss

26 of $14,000.00 and it's residual's percentage of contract. Loss of

27 cash and chattels through suretyship of common carrier.

10.28 Loss of homestead through clouded title and slander of title

29 through intent of fraud ......; ✱($10,500.00., + $10,500.00., + $30,000.00.)

11.1 Loss of partition through both intent and oppression of fraud
2 of tortuious malice of: Pacific North west Title Inc. of OR. —
3 Arizona Title Inc., Engle Homes - Tous Inc. and too left in a poorer
4 light by slander of title of sheriff Don Horsely and Ex-felons of:
5 those whom did perform tortious acts upon Debbie L. Warren and
6 Aaron Lhoir are the heretofore listed people/corporations and
7 left in a poorer light by Richard B. Morales, and Laura A. Gar-
8 cia - they are ex felons whom were convicted of kidnapping
9 Plaintiff and Debbie L. Warren. The diversity is Our home
10 left in a poorer light by slander of title and clouded
11 title of: 7363 Hillview ST. Mesa AZ. 85207 Petitioners
12 interest is in the Warranty Deed that which was produced
13 with a forced cotenancy agreement - color of title through
14 intent of fraud and malice of the above tort feasors. Further
15 interests are easements of warranty Deed's' term's' about mining
16 claim and the quarter section's' value including Our mineral
17 rights .... The value of the home is $169,700.00., F.C.V.; and
18 $152,384.00., L.C.U. to partition. §12-1211. et seq.>. Restraint
19 of trade by monopoly through interlocking directories and blacklist
20 are to damages of chattels real, and chattels by slander of title.
11.21 DEMAND FOR RELIEF
22 Plaintiff's' demand easements to water, laundry and cooking, and
23 subsequient restoration of civil rights to privacy, from civil-
24 wrongs, and other tortfeasors conduct. Plaintiff/Petitioner demands
25 declaratory judgement of intelectual property rights, probate, to
26 partition, and too; the removal of clouds of a colored, and slandered
27 title to chattels real. Plaintiff/Petitioner demands return on
28 all claimed property; that of sureiety ships, of common carrier's'
29 Including cash, cars, shares in chattel's, those returned as instrument's'

1  should provide enforcement.

12.2  Plaintiff/Petitioner demands compensation for breach of contract
3  and civil wrongs from: The loss of reputation from other's
4  dramatic performance and conversion through fraud of His
5  original musical works; and further restoration of ℗ & © (His)
6  copyrights;-phonographic recording rights, of Plaintiff's intelectual
7  property rights, should be returned, the remedy of civil wrongs.

.8  Plaintiff/Petitioner demands that Capital Records - Sony Electronic's
9  KNIX pay Him $14,000.00 performance plus residual percentage
10  on an Oct '09 recording; for contract enforcement.

12.11  Plaintiff/Petitioner demand's with those from previous page 10,
12  line's 24, 25, 26, & 27. enforcement of the lease contract from
13  Debbie L. Warren to Aaron Lhoir from the date of the Complaint on
14  the 7363 Hillview ST Mesa AZ. in the amount of $15.00., a day plus
15  the removal of clouds on the title of that home by Richard
16  B. Morales — Laura A. Garcia, Arizona Title Inc., Pacific North
17  west Title of Oregon Inc. subsidy of Pacific Northwest Title Holding.
18  Nippondenso, and American Title Mortgage Insurance Co., the tortfeasor's —
19  that they should take nothing; and Plaintiff/Petitioner Aaron Lhoir
20  should take clear title-Warranty Deed to partition; from tortfeasor's
21  intent of fraud and slander of title.

12.22  Plaintiff/Petitioner demands Writ of Replevin against
23  sureietyship of the home insurance policy for injuries
24  recieved by Plaintiff/Petitioner at 7363 Hillview ST. Mesa
25  AZ. plus punitive damages against gurantor - sureietyship
26  because of their neglegence of leaving Plaintiff in a
27  poorer light by one of their agent's intent of malice.

12.28  Plaintiff/Petitioner demands declatory judgement
29  on mineral rights both within and with out the 1/4 squares.

Complaint Demand for Relief                                    12.

1   ager of 7363 Hillview, Mesa AZ.

13.2   Plaintiff/Petitioner demands declaratory relief by enforcement
3   of contracts both express and implied. One of those contracts
4   is for $151,000.00 for 3 years plus 25% of net sales; that
5   contract is now in status of civil wrong. Lanham Act should be
6   enforced on breach of contracts of copyrights. That from Sony Inc. &
7   it's subsidys. Plaintiff/Petitioner demands equity and relief
8   and remedy of civil wrongs. Tortfeasors are Sony Inc. et al.

13.9   Plaintiff/Petitioner demands a writ of Replevin, to return to
10   Him on notice of new address, back to Him; His collection from the
11   Heard Museum's The Berlin Gallery and the Dorrance Education
12   Center, the value of that collection is near $30,000.00.

13.13   Plaintiff/Petitioner demands a Writ of Replevin from
14   Shamrock Towing for the missing property of the common
15   carrier U-Haul; sweiety ship of Debbie L. Warren & Aaron Lhoir,
16   that property was among other thing a car, and it's AZ.
17   License Plate # is "DEBDEW". Too for a Writ of Replevin from
18   Shamrock is cash in the amount of $10,500.00.

13.19   Plaintiff/Petitioner demands from Southwest Ambulance
20   $10,500.00 cash, through a Writ of Replevin; to that
21   common carrier. (He too demand's attornies fees).

13.22   Plaintiff/Petitioner demands partition of 7363 Hillview
23   Mesa AZ. from tortfeasors civil wrong of fraud. He too
24   demands both bankruptcy and probate of the estate of
25   Debbie L. Warren and her partnership with Aaron Lhoir.

13.26   VERIFICATION: I Aaron Lhoir hearby this declare that the
27   contents of this complaint are true and correct, except those
28   that are based upon information and belief.

29                                             Aaron Lhoir

1   Aaron Lhoir
2   P.O. Box 80922
3   Phoenix AZ.  85060

4           IN THE UNITED STATES DISTRICT COURT

5           9TH JUDICIAL DISTRICT/.

6   In the Matter of the
7   Application of Aaron Lhoir for        VERIFIED PETITION BEFORE
    perpetuation of Testimony            ACTION - SPECIAL ACTION
8   Before Action                        PURSUANT TO ARIZONA RULES OF
9                                        COURT, RULES, 1 ET SEQ. >.

10   In The Matter of Aaron Lhoir
11   In Re  Debbie L. Warren
12   STATE OF ARIZONA
     County of Maricopa   SS.
13   VERIFICATION OF  Aaron Lhoir
14       Petetioner Aaron Lhoir expects to be a party to an action cog-
15   nizable in a court; but is unable to bring it because of disorderly
16   conduct and obstruction of justice, by officers refusing to commend
17   to alternative service of process, through the U.S. Mail; that
18   is both the subject matter, and petitioners interest therein; it
19   is too about serving the Arizona corporation Commision to
20   serve out of state and foriegn defendants according to ARS
21   Rule 1 Et Seq. Further subject matter is of those whom
22   could be; those appointted as a special process server, to let this
23   case be brought.
24       The facts Petitioner wishes to establish, are that both: County
25   deputies refuse to serve process in the alternative form by
26   U.S. Mail; and too the Attornies for the Arizona Corporation

1

1  refuse to serve both out of state and foriegn defendants according
2  to Arizona Revisied Statutes and Arizona Rules of Court. Further
3  facts are the Honorable Judges M. Fink's and the Honorable E.O.
4  Burke's past records about their histories and their intent to
5  cover up, that those will reveal; that they have been, previously
6  committed for torture in the State of California, and that they
7  are both committed to interlocking directories  which have led
8  to the obstruction of justice and monopolies. Petitioner also
9  desire's to establish facts of interlocking directories; too about, how all
10 listed defendants, and their desire to keep Petitioner from
11 perpetuation of any testimony about former partnership, present
12 partnership, partition, probate; about Petitioners former business
13 partner's — termination and death of: His conservator from an
14 auto accident; and writs of replevin proceedings, and further
15 proceedings of: in Ex Parte   , and writs of Mandamus and
16 Petitioners enjoyment of the offices of: Special process server,
17 and  Metro Valley North Graffiti Abatm            jurisdictional venues.
2·18     The courts jurisdiction is Ex-Parte special action, and too
19 for injunction. Ex-Parte because several parties are not able
20 to be either notified or served because of reasons stated in
21 verified Complaint-Petition. The courts jurisdiction is too
22 over both chattels and chattels real and evolving statutes of limitation
23 regarding torts and fraud, and fictional closing of a warranty
24 Deed that is devise and instrument of Debbie L. Warren and
25 Aaron L hoir. Long arm jurisdiction should apply to foriegn
26 and out of state defendants through the AZ. Corp. Comission.

V.Pi                                              2

3. 1    Petitioner could generalize-injunction to extend time to serve
2 defendants - to prevent multiplicity of proceedings; petition
3 for Writ of Mandamus for petitioner to enjoy the offices' of:
4 Executor; of the Metro Valley North Transit Authority Dept., and the
5 agency of U.S.A.T.F. and U.S.D.E.A. as agencies of necessity in
6 regards to: The partnership of Debbie L. Warren and Aaron Lhoir;
7 about her fundamental term as: Petitioner's' conservator & a Writ
8 of Replevin to Petitioner; from Our partnership and suretyship
9 of both a surety; and too that of a guarantor arising from all
10 chattels of common carriers! Courts jurisdiction should be both
11 original jurisdiction; and pendent party jurisdiction, plus diversity
12 jurisdiction because Petitioner and tortfeasors are residents of
13 different states; thus too long arm jurisdiction because of contracts
14 between Debbie L. Warren, Aaron Lhoir, State Farm Insurance,
15 U-Haul Truck Rental, Hertz Rent-a-car; Penske Truck Hertz Rent-a-Truck
16 Shamrock Towing - Bramble U.K., Sony Inc., Rural Metro F.D.,
17 Southwest Ambulance and KDKB. The court's' common law juris-
18 diction should too be included, as well as it's' foreign jurisdiction;
19 as too the court should to the fore; maintain both consent jurisdic-
20 tion; and too arising-in jurisdiction in, ss. In Re Debbie L. Warren, ss.
21 In the matter of Aaron Lhoir ss. Our contractual relationship to
22 those corporation's' and the ss. of Dec. 7th '08 fore, at the shared
23 Mesa residence of Ours until the Dec. 8th U.S.C.A. Third Amendment
24 violation by Sheriff Don Horsely's' - Shamrock Towing - Bramble U.K.
25 oppression of extortion using a Ugandanian gunman and others to
26 force Debbie L. Warren and Aaron Lhoir to move by force;

3.

1  of their army by oppression because of the value of an un-
2  usually large sum of of the chattels and chattels real. —;
4.3  Chicano's Por La Causa did play a part that day as too did
4  an unidentified tortfeasor; he whom, should be questioned about
5  the court's general jurisdiction; about a Sony Inc., KFYI, KEEZ,
6  KDKB, KFYI, and a City of Mesa arrest of one A.S.U. person
7  for some kind of narcotics he would be a witness as to that;
8  he to is trying to persecute Petitioner because of His agency
9  to U.S. D.E.A.; That tortfeasor was charged with posession....
4.10  Petitioner claim's chattels and chattels real because of; the
11  fore-paragraph; and too; because of those events; plus —
12  the facts of the violent eviction of a peonage; and too because
13  of the contractual obligations; and too because of the auto
14  accident's unclaimed liability of the common carriers listed
15  on page 3. and their relationship to Debbie L. Warren and Aaron
16  Lhoir; too this should be considered to be a petition of right,
17  because of diversity. The diversity's is a mineral - claim between
18  Nippon Co., Sony Inc., and Debbie L. Warren & Aaron Lhoir, and
19  another common carrier; claim's of suretyship - for replevin; and
20  to any and all testimony and reports in regards to those
21  fore listed events, from Petitioner/Plaintiff and others.
4.22  Petitioner now stipulates pursuant to ARS 16, Rule 44.1.
23  Determination of foriegn law.... that serving foriegn defend-
24  ants should prove difficult in the 180 day time frame,
25  according to line 16, here on page 4. and too ARS 16, Rule -
26  4.2(i)....& Rule 4.2(K)....

V.P.

4.

5.1 Further events Petitioner wants' facts from, are those
2 of within last year, of pinning ; from Sienna Apartments near
3 a suspected under ground train line; pinning is a torture
4 carried out by members of Santa Fe Relocation - The East Aisa
5 -tic Company LTD, Singapore - Copenhagen Denmark inter-
6 locking directories are suspected much too; to Los Angelas
7 Railway Company - Loomis Co. , and too the East Japan Railway
8 Company. Petitioner believes they are too operating here in
9 Arizona with the intent of the obstruction of justice, and
10 they have tortured both Petitioner and Debbie L. Warren
11 within the last year, in violation of antitrust statutes.

5.12 Those above tortfeasors have tying arrangements to Arizona
13 Title-Pacific Northwest Title Or, Inc. and First American Title; they
14 have all in the last year, tortured both: Petitioner and Debbie
15 L. Warren through interlocking directories. The Petitioners interest
16 is tort liability from their torture; of tortfeasors.

5.17 Heretofore; facts Petitioner desires to establish, from the
18 proposed; are whether or not they are considered an active
19 railroad and their interests's in the Warren - Grover Mine's
20 unpatented mining claim; and too whose in charge of
21 Sienna Apartments and why did they kidnapp Petitioner/
22 Plaintiff with Debbie L. Warren and why - they did too
23 transfer Him to 4150 N. Central to the Arizona Title
24 Building to torture Him; with their intent of obstruction
25 of justice . Do they all from this page, have interlocking -
26 directories to BNSF Railway Co. and the restraint of trade?

5.

6.1 Furthermore facts Petitioner desires to establish are the subject
2 matter of time lost; through the lost time of torture; while
3 performing music for music labels of Sony Inc. - Sony Electronics
4 Capital Records and radio stations like KDKB & KSJO California and
5 M.T.V. all while their intent is conversion of Petitioner's P & C
6 trademark copyrights through fraud and oppression. Oct. 2009

6.7   The Petitioners interest in it is that tortfeasors have
8 kidnapped Petitioner multiple times in the last year; for all music
9 rights to have ended up in breach of contract including
10 some of His most popular music through KNIX. Those are
11 reason's for desireing to perpetuate it. This is anti-plagiarism.

6.12   Furthermore facts Petitioner desires to establish are on mineral
13 claims with improvements of $500.00 in the last year and
14 breach of contract of Nippon Co., Sony Inc., and too the con-
15 version by loan of minerals to the Heard mueseum, Berlin-
16 Gallery, - Petitioner's interest is because He is one of the owners
17 of shares through a partnership with Nippon Co., Sony Inc., & Debbie
18 L. Warren's Warranty Deed; them/those have ended up in breach
19 of contract, and conversion. Further intersts' are to partition of
20 the above and it's relation to the estate of Debbie L. Warren and
21 the partition of her Warranty Deed of 7363 Hillview Mesa AZ.;
22 and an injunction to prevent multiplicity of proceeding's; of
23 the poorer light, of their intent of fraud, and that an injun-
24 ction as a writ of Supersedas with a stay of Execution or a
25 writ of Prohibition to prevent the expiration of the Arizona
26 Title's fraudulent Warranty Deed on Dec. 20th 2009 of the above
27 property would be in order Ex Parte. That Warranty Deed was
28 drawn out-with intent of malifide fraud to ward off the oppression
29 of San Mateo County sheriff Don Horsley's' interlocking directories to -:

6

7.1   Pacific Nortwest Title of OR. Inc., Arizona Title Inc., Chicanos
2   por La Causa, and their consigns; these whom do work inside
3   of the Maricopa County County Recorders office too have
4   falsified records by those means. U.N.I.C.O.R. too as;
5   much as H.U.D. may to be involved and they too have
6   been served with claims. Petitioner is both victim and the
7   partner, SS. In the matter of Aaron Lheir; ss. In Re Debbie
8   L. Warren. Breach of contract, conversion and the
9   carrying away of goods and slander of title, by color of
10   title, therefore a clouded title are too the subject matter.

7.11   Further subject matter is of obstruction of justice of V. Young
12   and interlocking directories to McDonalds®, Brambles Inc., Santa
13   Fe Relocation, U.N.I.C.O.R., Pro Guard, H.U.D., The Tungland Corp.
14   the City of Phoenix Police Dept. Blacklisting by S.S.I. #5
15   and torture by the Honorable Judge M. Fink, Edward O. Burke and
16   the Tom Shane Co. Bramble UK. and Cheetah's' Nite Club; and
17   is the Honorable Edward O. Burke AKA, a Tousa Inc. (4000 Hollywood
18   Blvd FLA. 33021-6751). Is he really Engle Homes Tousa Inc. -
19   their Ex V.P. James Carr, and is the Honorable Judge M. Fink
20   one of their board of directors named through the name of
21   William A. Hasler with — interlocking directories to Arizona
22   Title Inc. Interests are of the Warranty Deed of 7363 Hillview Mesa.

7.23   Petitioner has been blacklisted by the fore listed tortfeasors
24   and tortured through with their intent of obstruction of
25   justice; that is Petitioners reason's' for desiring to perpetuate
26   it; those facts and testimony; to partition.

7.

8.1  Furthermore from line 13, on page 7, of this Petition; is tortfeasor
2  Tungland Corp., interests and facts Petitioner desires to establish
3  are: why do they both use, and make explosives for export
4  to England and Iraq here in Arizona; and why did they cause
5  Petitioner's new hot dog vending cart trailer, to explode
6  with malice their intent. Petitioners' interests are why the
7  blacklist and restraint of trade, effect damages to the quality
8  of Petitioners life. Further testimony should reveal that interlocking
9  directories of tortfeasors listed on that page may cause future
10  damages again after past damages; have already incurred to
11  Petitioner and those are reasons for desire to perpetuate more
12  testimony from the Dec. 8 Hot dog cart explosion; and constit-
13  tutional questions from their concurrent invasion and artillery
14  manufacture and exportation.

8.15  Further subject matter interesting Petitioner is how testimony
16  should reveal; furthermore of tortfeasors interlocking directories
17  that affect anti-trust statutes; reason's for desireing to perpetuate
18  that testimony is because of over 10 years of Petitioner's
19  career and trade are damaged from restraint of trade without
20  resolve and those are the reasons for desire to perpetuate that
21  testimony. One of those interlocking directories that interest
22  Petitioner are about N.B.C. William Jones, Capital Records,
23  Sony BMG Music, M.T.V. et al. and their technieque of violating
24  labor laws and putting Petitioner through more than 8 hour
25  work days; and then, they by conversion of all of Petitioner's
26  ℗ & © copyrights, and breach of contract, have left Petitioner tortured
27  and left in a poorer light, because of plagiarism, and peonage;
28  those violate anti trust statutes like the Lanham Act. That
29  passing off activity should be deemed violation of Intellectual Property

V.P.                                                                    8.

1 Rights and infringement of copyrights through peonage and monopoly
2 of interlocking directories. Those are facts Petitioner desire's too
3 for establishing; about those interests; all of His losses; are too
4 His reasons for desiring to perpetuate it the testimony.

9. 5    Furthermore Petitioner desires to establish facts by His
6 testimony_ that substitute service has never been
7 done within case: Aaron Lhoir vs. Debbie L. Warren Et Al,
8 CV 2009-0001097; by Deputy Pierce; and too that their
9 milage may have not been to par. Plus that during
10 that case Petitioner was Kidnapped and beaten by
11 Food City employee's several times suspisiously too
12 close; to the then past, every documents' filings' with
13 specific intent of theirs including the intent of inter-
14 national unions monopolies and price fixing. Plaintiff
15 was bought like a commodity and sold as a lease. With
16 their intent of obstruction of justice and blacklisting. Petitioner
17 has interests in special process server position through
18 writ of Mandamus. The reasons for desiring to perpetuate
19 that testimony are above, as interests; in commending to
20 alternative service of process and the prevention of kidnap-
21 ping and the obstruction of justice.
22    Further subject matter of this expected action is of the joinder
23
9.24 of parties, those listed in Metro Valley North Transit Authority Dept.
25 Aaron Lhoir, Warren Grover Mine's' vs. Food City et al.>. Complaint
26 of Anti-Trust; Blacklist; Fraud, Oppression; Torts of Neglegence;
27 and Poorer Light, pages: 4, 5 and 6 : are listed third party
28 plaintiffs, for joinder of parties necessary to maintain an action.
29

9.

10.1 This should be sought as Petition for Injunction to prevent the
2 multiplicity of proceedings, but more of an allegation of joinder
3 of unwilling party as defendant, who must be joined; but who refuses
4 to join as plaintiff — Claim of Interest; Are —

10.5 H.U.D., U.N.I.C.O.R., D.O.D., U.S.D.A. American General Life
6 Insurance Co., Lincoln Colonial Penn Life Insurance Co., American
7 Met Life Insurance Group, Lincoln Colonial Penn Life Ins. Co.
8 Nippon Inc., Penn Life, Colonial Insurance NY., Met Life KS,
9 Firemans Fund, New York Life WS., American General Life Insurance
10 N.M., Firemans Fund IL., Kaiser Permante, Kaiser Steel, U.S.
11 Steel International Inc., Hanjin Shipping, Chamberlin Steel, Chamberlin
12 Freight and trucking, American Contenental Insurance, A.S.U.
13 Alumni Association, U.C.L.A. Alumni Association, General Insurance
14 Co. American General Insurance Co. California Corporation —
15 Commission, Pacific Life and Annuity Services, Horizon Phone
16 Co. — Waste Management — Brambies U.S. West.

10,17 Heretofore H.U.D., U.N.I.C.O.R. and D.O.D. have been
18 served with a notice of Claim through the U.S. mail; they
19 have not responded …. The remainder of those companies have
20 refused to serve Plaintiffs and left them in a poorer light,
21 some through neglegence. Facts Petitioner desires to
22 establish are why those tortfeasors have not given responce
23 to Plaintiffs' after tort and civil wrong of theirs; that has
24 left Plaintiffs' bankrupt. This case and the probate are expected
25 to last 2 years due to length and complexity of the case.
26 Line 17 is United States Departments of: Defense and Housing, Urban
27 Development.

10.28 Petitioner's' interest in the above are as agencies of necessity.
29 Proposed testimony is about tort claims

11.1  An Adverse party is the East Asiatic Pacific Co. The jurisdiction
2 is foreign. Petitioners interest is to develop facts of Centex
3 Homes Inc. and WHon Your Lot LLC – their resolve about interlocking
4 directories and the housefire that Rural Metro Fire Dept did
5 put out, after they did take Plaintiff out of that fire at the
6 house at 7363 Hilview Mesa AZ, and they did put Plaintiff
7 in to a drey after that.... Further Interest is about
8 an interlocking directory of Arizona Title and Pacific N.W
9 Title of Or. Inc. and their monopoly on the title in about
10 restraint of trade. James H. Gallegos is the V.P. and
11 General Council of B.N.S.F. Railway Fort Worth TX. Another
12 Adverse party is Tousa Inc. and Engle Homes Executive V.P. James
13 Carr AKA. Edward O. Burke; and Judge M. Fink AKA William A.
14 Hasler those alter egos, pluse those of J. Rome, J. Love and
15 sheriff Don Horseley and interlocking directories. To the
16 above is an interlocking directory of Rural Metro F.P.;
17 Southwest Ambulance. Petitioners interest is a writ of
18 Replevin for chattels from those two Ambulance companies.
19 A writ of Replevin, further Applies to Shamrock Towing
20 and U-Haul Truck Rental through sureietyship, of common
21 carriers. The reasons for desiring to perpetuate testomory: ARE
11.22  Another adverse party is Hertz Rent a Car and Petitioners
23 interest is remedy of civil wrong by the above parties
24 and too tortfeasors Shamrock Towing for rearending
25 and shearing the equipment of Hertz Rent-a-car and uhaul
26 Truck Rental, and how Plaintiff Aaron Lhoir was injured in
27 those wrecks and the loss of a car in the wreck.
28 Additional parties to that wreck are United Parcel Service
29 Deustland Inc. Further interest to those companies is partition.

12.1     Another adverse party is the Tom Shane Co., Bramble U.K.,

2   and Cheetah's Night Club and Target ® and Colman ®, and

3   interests are about Petitioners' injuries from tortfeasor

4   conduct and civil wrong's. Facts Petitioner desires to

5   establish are those about the fore, and any more reveling

6   testimony to perpetuate more facts about interlocking

7   directories about camping equipment and civil wrongs.

12.8     Another adverse party is the Arizona Corporation Comm-

9   ission. Petitioner's' interest is how they refuse to serve out

10   of state tortfeasors and facts Petitioner's' desire to perpetuate

11   are of their refusal to serve process pursuant to Arizona

12   Rules of Court. Reasons are they have refused to serve

13   process.

12.14     Another adverse party is the Heard Museum's' — The Berlin

15   Gallery and the Dorrance Education Center; Petitioners interests

16   are a loaned collection and the giving of a new address for

17   the loaning party; to them. Those are facts of a loaned

18   collection to them.

12.19     Another adverse party is Sony Inc. and Nippon Co.s

20   Petitioner desires to establish facts to remedy civil wrongs

21   in regards to

12.22     Another adverse party is the City of Phoenix; Police Depts, D. Pierce

23   and Y. Young; and unidentified Graffiti Abatement Dept people in office.

12.24   POINTS OF LAW

12.25     Plaintiff/Petitioner is entitled to relief pursuant to;

26   ARS 4A Courts and Civil Proceedings, Chapter 8, §§ 12-631.

27   et seq.>. pages 54 , to page 517. and ARS 4B, §§ 12-1521,

28   et seq.>. pages 43 , to page 343. That and common law.

29   Too ARS Rules of Civil Proc. Rule. 8 (a)

12.

1  James H. Gallegos is the U.P. General council of BNSF
2  Railway Co. FT Worth TX. He is an adverse party.
3   Another adverse party is Maricopa County Deputy ~ Oct. p
4  Pierce. 201 West Jefferson ST. Phoenix, Arizona, 85003
5   Another adverse party is U-Haul of Toledo OH.
6   Another adverse party is Hertz Rent-a-Car Phoenix AZ.
7   Another adverse party is Shamrock Towing Phoenix AZ.
8   Too adverse party is Rural Metro Fire Dept. Mesa AZ.
9   Another adverse party is Southwest Ambulance Phoenix.
10  Another adverse party is Arizon Title Inc. Phoenix AZ.
11  Another adverse party is Pacific Northwest Title of OR.
12  Another adverse party is American General Life Insurance of N.M.
13  Another adverse party is The Heard Museum, the Berlin Gallery,
14  and the Dorrance Education Center in Regards to mineral claim with
15  Nippon Inc and Sony Inc.
16  Another adverse party is Tousa Inc. Engle Homes Ex V.P. James
17  Carr and B.O.D. member William A. Hasler, J. Rome, Sheriff Don
18  Horsley,
19   Another adverse party is the Tom Share Co. Bramble UK. and
20  Cheetahs Night Club.
21  Another adverse party is Sony Electronics – KFYI – KDKB –
22  KEEZ – KOOL – General Electric – Warner Bros, Time Warner
23   Another Adverse party is United Parcel Service Inc.
24  ,,,,,,,
25  ,,,
26  ,,,,

13.

DEMAND

1   Petitioner/Plaintiff demand's' judgement in His favor, for
2 a Writ of Replevin returning on His claim through probate
3 on the declaratory judgement; that the 2008 Blue Mustang
4 Konvertable shall be returned to Petitioner/Plaintiff, from the
5 estate of Debbie L. Warren from shamrock Towing. AZ Lic Plate # DEBDEW

6   Petitioner/Plaintiff demand's a Writ of Repelvin returning to
7 Him # 10,500.00 from Southwest Ambulance; that was cash.

8   Petitioner/Plaintiff demand's from shamrock Towing - Bramble Co. a
9 Writ of Repelvin returning from this common carrier # 10,500.00;
10 that was cash.

11   Petitioner/Plaintiff demands from U-Haul the return of property
12 of the sureietyship of Debbie L. Warren and Aaron Lhoir all chattels
13 to be returned from gurantor through sureietyship through a
14 Writ of Replevin; either the property or it's sureiety's value as listed.

15   Petitioner/Plaintiff demand's Writ of Mandamus for Him to enjoy
16 the office of the Graffiti Abatement office of the Dept of Justice.
17 He too demand's' enjoyment of the office's' of U.S.- A.T.F. and D.E.A.

18   Petitioner/Plaintiff demands a Writ of Mandamus to enjoy the
19 office of Executor of the estate of Debbie L. Warren and too
20 the Warren-Grover Mines Executive Vice President and to the Metro
21 Valley North Transit Authority Department's Graffiti Abatement Program.

22   Petitioner/Plaintiff demand's probate: In Re Debbie L. Warren.
23   Petitioner/Plaintiff demand's bankruptcy proceedings: In the
24 Matter of Aaron Lhoir,
25   Petitioner/Plaintiff demands hearing in too fore matter and
26 an Order to show Cause Notice to be issued.

               aaron Lhoir

14.